ORDER:
Motion granted.

*E. Clifton Knowles*

U.S. Magistrate Judge

UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF TENNESSEE

NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | No. 09-2123 MK |
| | ) | Judge Knowles |
| | ) | |
| TIMOTHY RYAN RICHARDS | ) | |

## MOTION TO AMEND CONDITIONS OF RELEASE

Comes the defendant and hereby moves the Court to modify the conditions of release in this case. The Order Setting Conditions of Release in this case requires, in condition (7)(a), that Mr. Richards report to the U.S. Pretrial Services as directed. (D.E. 10, Order). U.S. Probation Officer Angela Rankin reports that Mr. Richards' work as a pipe fitter requires him to travel a good bit as the work demands, which makes it difficult for her to supervise him. Given that he has been in compliance with the Court's release order since his release over two years ago, Ms. Rankin recommends amending the conditions of release to no longer require supervision by Pretrial Services. Counsel for Mr. Richards has communicated this to Assistant United States Attorney William L. Deneke who advises that he has no objection to the suggested modification.

Defendant therefore moves the Court to modify the conditions of release by removing condition (7)(a) requiring Mr. Richards to report to Pretrial Services.